UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01832 RPM-MJW

STONEBRIDGE REALTY ADVISORS, INC.,

        Plaintiff,

v.

WILLIAM WARD; WHITE SPACE LOUNGES, LLC

        Defendants.

_____

**ORDER GRANTING JOINT MOTION TO VACATE
THE SCHEDULING CONFERENCE**
_____

THIS MATTER comes before the Court on the Joint Motion to Vacate the Scheduling Conference filed by Plaintiff Stonebridge Realty Advisors, Inc. and Defendants William Frederick Ward III and White Space Lounges, LLC. The Court has reviewed the Joint Motion.

The COURT FINDS that it is in the interest of the parties and this Court to vacate the scheduling conference set for November 29, 2007. The parties have until December 5, 2007 to file the appropriate settlement papers with the Court, or to inform the Court that settlement has not been reached and that the scheduling conference should be rescheduled.

IT IS SO ORDERED that the Joint Motion to Vacate the Scheduling Conference is GRANTED, and the parties have until December 5, 2007 to notify the Court of its progress towards a settlement of this matter, to the extent expressly set forth in the document is incorporated into this Order as if fully set forth herein.

Dated: November 21st, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____