IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01832-RPM

STONEBRIDGE REALTY ADVISORS, INC.,

    Plaintiff,

v.

WILLIAM WARD;
WHITE SPACE LOUNGES, LLC,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulated Notice for Dismissal of Defendant Ward without Prejudice [15] filed today, it is

    ORDERED that the complaint and action are dismissed as to Defendant William Frederick Ward III without prejudice.

    Dated: December 21st, 2007

                                                       BY THE COURT:

                                                       s/Richard P. Matsch

                                                       _____
                                                       Richard P. Matsch, Senior District Judge