UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-CV-01832 RPM-MJW

STONEBRIDGE REALTY ADVISORS, INC.

    Plaintiff,

v.

WILLIAM WARD; WHITE SPACE LOUNGES, LLC,

    Defendants.

---

**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE**

---

THIS MATTER comes before the Court on the Joint Motion for Entry of Consent Decree filed by Plaintiff Stonebridge Realty Advisors, Inc. and Defendant White Space Lounges, LLC. The Court has reviewed the Joint Motion and the proposed Consent Decree.

The COURT FINDS that the terms of the Consent Decree are fair, reasonable, and in the public interest.

IT IS SO ORDERED that the Joint Motion for Entry of Consent Decree is GRANTED, and the Consent Decree is APPROVED, and to the extent expressly set forth in the document is incorporated into this Order as if fully set forth herein. Each party shall bear its own attorneys' fees and costs. The Clerk is directed to close this case.

Dated: December 21st 2007

BY THE COURT:

[signature]